# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1538

**Short Case Caption:** Jackie Easlick, LLC v. CJ Emerald

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| AccEncyc US | |
|---|---|
| **Principal Counsel:** Timothy A. Duffy | Admission Date: 03/12/2024 |
| Firm/Agency/Org.: Law Office of Timothy A. Duffy, P.C. | |
| Address: 725 W Orchard Cir, Lake Forest, IL 60045 | |
| Phone: 847-530-4920 | Email: tduffy@tduffylaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: March 11, 2024　　　　　Signature: _/s/ Timothy A. Duffy_

　　　　　　　　　　　　　　　　Name:　　Timothy A. Duffy