FORM 26. Docketing Statement

Form 26 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

### DOCKETING STATEMENT

**Case Number:** 2024-1538

**Short Case Caption:** Jacki Easlick, LLC v. CJ Emerald

**Filing Party/Entity:** Appellants, Jacki Easlick, LLC, JE Corporate LLC

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| Western District of Pa | 23-cv-2000 | Patent |

Relief sought on appeal: ☐ None/Not Applicable

Vacate Order of Court denying prelminary injunction.

Relief awarded below (if damages, specify): ☑ None/Not Applicable

Briefly describe the judgment/order appealed from:

The district court denied the preliminary injunction finding that there was no infringement and no irreparable harm as to the Defendant AccEncyc.

Nature of judgment (select one):     Date of judgment: 1/26/24

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☑ Interlocutory Order (specify type) Preliminary Injunction
☐ Other (explain)

**FORM 26. Docketing Statement**

**Form 26 (p. 2)**
**July 2020**

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☑ None/Not Applicable

<br><br>

Issues to be raised on appeal:  ☐ None/Not Applicable

Did the district court err when it denied the preliminary injunction as to the Defendant AccEncyc US?

Have there been discussions with other parties relating to settlement of this case?

☑     Yes     ☐     No

If "yes," when were the last such discussions?

- ☐  Before the case was filed below
- ☐  During the pendency of the case below
- ☑  Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?          ☐ Yes     ☑ No

If they were mediated, by whom?

<br><br>

Do you believe that this case may be amenable to mediation? ☑ Yes     ☐ No

Explain.

Given the facts and procedural posture of the case, the parties would benefit from an amicable settlement here.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

<br><br>

Date:  3/18/20                    Signature:  /Stanley D. Ference III/

                          Name:  Stanley D. Ference III

Save for Filing
