# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2024-1538

**Short Case Caption:** Jacki Easlick LLC v. CJ Emerald

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's [Manage My Account](#). Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Gorge Design Group LLC and Kirby Erdely

| **Principal Counsel:** Stanley D. Ference III | Admission Date: 08/06/1990 |
|---|---|

Firm/Agency/Org.: Ference & Associates LLC

Address: 409 Broad Street, Pittsburgh, PA 15143

| Phone: 4127418400 | Email: courts@ferencelaw.com |
|---|---|
| **Other Counsel:** | Admission Date: |

Firm/Agency/Org.:

Address:

| Phone: | Email: |
|---|---|

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 3/18/24         Signature: /Stanley D. Ference III/

                      Name: Stanley D. Ference III

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| | |
|---|---|
| **Other Counsel:** Brian Samuel Malkin | Admission Date: 03/31/2021 |
| Firm/Agency/Org.: Ference & Associates LLC | |
| Address: 409 Broad Street, Pittsburgh, PA 15143 | |
| Phone: 412-741-8400 | Email: bmalkin@ferencelaw.com |
| **Other Counsel:** | Admission Date: 03/12/2021 |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |