April 11, 2024

Jarrett B. Perlow
Clerk of Court
United States Court of Appeals
 for the Federal Circuit
717 Madison Place, N.W
Washington, D.C. 20439

ATTN: G. Kilgore, Deputy Clerk

    Re:    Jacki Easlick, LLC v. CJ Emerald, Appeal No. 2024-1538

Dear Sir or Madam,

I represent AccEncyc US, the defendant-appellee in the above-captioned case. I am writing, with the consent of the plaintiff-appellant, regarding the Notice of Revised Caption dated April 11, 2024.

Please be advised the only defendant participating in this appeal, and in fact the only defendant remaining in the district court (all others having been dismissed or subject to a default judgment (Dkt. #97)), is AccEncyc US.

We therefore respectfully suggest that the Official Caption be revised to remove the reference to "CJ Emerald, et al. *Defendants*" and to revise the Short Caption to read: "Jackie Easlick, LLC v. AccEncyc US".

Please let us know if you have any questions or concerns.

Very truly yours,

Timothy A. Duffy
*Counsel for AccEncyc US*

Timothy A. Duffy
Law Office of Timothy A. Duffy, P.C.
725 W Orchard Cir
Lake Forest, Illinois 60045
+1-847-530-4920
tduffy@tduffylaw.com