NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JACKI EASLICK, LLC, JE CORPORATE LLC,**
*Plaintiffs-Appellants*

v.

**CJ EMERALD, et al.**
*Defendants*

**ACCENCYC US**
*Defendant-Appellee*

2024-1538

Appeal from the United States District Court for the Western District of Pennsylvania in No. 2:23-cv-02000-WSS, Judge William S. Stickman, IV.

**ON MOTION**

**O R D E R**

The court construes AccEncyc US's letter received April 11, 2024, ECF No. 15, as a motion to modify the official caption to identify AccEncyc as the only defendant.

The appellants seek review of an order "entered on January 26, 2024." ECF No. 1-2 at 1. Practice Note to Federal

Circuit Rule 12 provides that "[i]t is the court's usual practice to include in the official caption all parties participating in the court below at the time of entry of judgment, even if they are not participating in the appeal." AccEncyc does not demonstrate in the motion that the other defendants were not participating in the court below at the time of the order on appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

April 16, 2024
Date

Jarrett B. Perlow
Clerk of Court