Case Nos. 24-1538, 24-1826

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**JACKI EASLICK LLC, JE CORPORATE LLC,**
*Plaintiffs-Appellants,*

v.

**ACCENCYC US,**
*Defendant-Appellee,*

**CJ EMERALD, ET AL.,**
*Defendants.*

Appeal from the United States District Court for
the Western District of Pennsylvania
Case No. 23-cv-2000-WSS—Judge William S. Stickman IV

# CERTIFICATE OF INTEREST OF *AMICI CURIAE* LAW PROFESSORS SARAH FACKRELL, ERIC GOLDMAN, ELIZABETH ROSENBLATT, AND SAURABH VISHNUBHAKAT

Phillip R. Malone
Nina K. Srejovic
JUELSGAARD INTELLECTUAL PROPERTY
   AND INNOVATION CLINIC
MILLS LEGAL CLINIC AT
   STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305
(650) 725-6369
pmalone@stanford.edu

*Counsel for Amici Curiae*

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rules 29(a) and 47.4, counsel for *amici curiae* intellectual property law professors certifies that:

1. The full names of the *amici curiae* I represent are: *amici curiae* intellectual property law professors Sarah Fackrell, Eric Goldman, Elizabeth Rosenblatt, and Saurabh Vishnubhakat.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) I represent is: N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the *amici curiae* I represent are: None.

4. The names of all law firms and the partners or associates that appeared before the originating court for the *amici curiae* I represent or are expected to appear in this Court (and who have not or will not enter an appearance in this case) are: None.

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this Court's decision in the pending appeal: None.

6. All information required by Federal Rules of Appellate Procedure 26.1(b) and 26.1(c) that identifies organizational victims in criminal cases and debtors and trustees in bankruptcy cases is: None.

February 6, 2025              /s/ Phillip R. Malone

                                              Phillip R. Malone
                                              Nina K. Srejovic
                                              JUELSGAARD INTELLECTUAL PROPERTY
                                                  AND INNOVATION CLINIC
                                              MILLS LEGAL CLINIC AT STANFORD
                                                 LAW SCHOOL
                                              559 Nathan Abbott Way
                                              Stanford, CA 94305
                                              (650) 725-6369
                                              pmalone@stanford.edu

                                              *Counsel for Amici Curiae*