NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JACKI EASLICK, LLC, JE CORPORATE LLC,**
*Plaintiffs-Appellants*

v.

**ACCENCYC US,**
*Defendant-Appellee*

**CJ EMERALD, et al.,**
*Defendants*

2024-1538, 2024-1826

Appeals from the United States District Court for the Western District of Pennsylvania in No. 2:23-cv-02000-WSS, Judge William S. Stickman, IV.

**ON MOTION**

Before STARK, *Circuit Judge*.

**O R D E R**

Professors Sarah Fackrell (who previously published under the name Sarah Burstein), Eric Goldman, Elizabeth Rosenblatt, and Saurabh Vishnubhakat (collectively, "amici") move for leave to file a brief amici curiae in support

of appellee. Amici state that appellee consents to the filing of the brief and appellants "are unable to state a position." ECF No. 33-1 at 4. No opposition to the motion has been filed.

The court notes that the submitted amici brief is not compliant. The brief does not include a statement of authority to file. *See* Fed. R. App. P. 29(a)(4)(D).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that, no later than seven days from the date of entry of this order, amici are directed to file a corrected amici brief that addresses the deficiency noted in this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 28, 2025
 Date